EMANUEL HARTZIGINAKIS, Respondent, v. CARMANA REALTY COMPANY, Appellant.— Determination appealed from and the order of the City Court reversed,

with twenty dollars costs and disbursements in this court and ten dollars costs and disbursements in the Appellate Term, and the motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.